1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    YUJUAN BANKS, SR.,                              No.  2:14-cv-0460 TLN KJN P

12                   Plaintiff,

13          v.                                        FINDINGS AND RECOMMENDATIONS

14    U.C. REGENTS, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983. The undersigned has separately issued an order addressing the complaint

19    filed February 12, 2014.  In this order, the undersigned found that plaintiff's claims against

20    defendants University of California Regents and University of California Davis Medical Center

21    are barred by the Eleventh Amendment.  For the reasons stated in that order, the undersigned now

22    recommends dismissal of these defendants.

23          Accordingly, IT IS HEREBY RECOMMENDED that defendants University of California

24    Regents and University of California Davis Medical Center be dismissed.

25          These findings and recommendations are submitted to the United States District Judge

26    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27    after being served with these findings and recommendations, plaintiff may file written objections

28    with the court and serve a copy on all parties.  Such a document should be captioned

                                                  1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

2  failure to file objections within the specified time may waive the right to appeal the District

3  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4  Dated:  February 28, 2014

5

6  Ba460.56

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28