UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN BANKS, SR., | No. 2:14-cv-0460 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| U.C. REGENTS, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to submit the documents for service pursuant to the February 27, 2014 court order. Plaintiff alleges that due to a recent transfer, he has lost the service documents and requests that they be resent

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service; and

3. The Clerk of the Court is directed to send plaintiff four USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed February 12, 2014.

Dated: April 18, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/Bank0460.36