UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN L. BANKS, SR., | No. 2:14-cv-0460 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| U.C. REGENTS, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On June 10, 2014, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Rashid, Stuber, and Modjtahedi was returned unserved because "not at the given address." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff three USM-285 forms, along with an instruction sheet and a copy of the complaint filed February 12, 2014;

1

    2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a.  One completed USM-285 form for each defendant;

        b.  Four copies of the endorsed complaint filed February 12, 2014; and

        c.  One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated:  July 23, 2014

/bank0460.8e

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN L. BANKS, SR., | No. 2:14-cv-0460 TLN KJN P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| U. C. REGENTS, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

 \_\_\_\_  completed summons form

 \_\_\_\_  completed USM-285 forms

 \_\_\_\_  copies of the _____

       Complaint

DATED:

            _____

            Plaintiff

3