UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN L. BANKS, SR.,, | No. 2: 14-cv-460 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| U.C. REGENTS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2014, plaintiff filed a motion alleging that prison officials had confiscated his legal property. (ECF No. 26.) Plaintiff alleged that it could be up to thirty days before his property was returned.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall inform the court whether his legal property has been returned.

Dated: December 12, 2014

Ba460.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1