UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN L. BANKS, SR., | No. 2:14-cv-0460 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| U.C. REGENTS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2014, plaintiff filed a motion for injunctive relief alleging that prison officials confiscated his legal property. (ECF No. 26.) The court construes plaintiff's motion for injunctive relief as a motion for protective order.

On December 12, 2014, the court ordered plaintiff to inform the court within fourteen days whether his legal property had been returned. (ECF No. 31.)

On December 29, 2014, plaintiff filed a notice with the court stating that his legal property has been returned. (ECF No. 32.)

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for injunctive relief (ECF
2 No. 26), construed as a motion for protective order, is denied as moot.
3 Dated: January 7, 2015

5 Ban460.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE