UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN L. BANKS, SR., | No. 2: 14-cv-0460 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| U.C. REGENTS, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 10, 2014, the court ordered the U.S. Marshal to serve the complaint on defendants. Process directed to defendants Rashid, Stuber and Modjtahedi was returned unserved because they were not at the address given. Accordingly, on July 23, 2014, the court granted plaintiff sixty days to provide the court with additional information to serve these defendants.

    On October 20, 2014, plaintiff filed a motion for judicial intervention. In this motion, plaintiff alleges that despite diligent efforts, he was unable to obtain additional information to serve defendants Rashid, Stuber and Modjtahedi. Plaintiff requests court assistance in locating these defendants.

    The court has located information regarding the location of defendants Stuber and Modjtahedi and will direct the U.S. Marshal to serve these defendants. However, the court is

unable to locate information regarding the location of defendant Rashid. Accordingly, plaintiff is ordered to show cause why defendant Rashid should not be dismissed because service of this defendant cannot be effected.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for judicial intervention is granted (ECF No. 29); and

2. Plaintiff is granted twenty-one days from the date of this order to show cause why defendant Rashid should not be dismissed because service of this defendant cannot be effected.

Dated: January 8, 2015

Bank460.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2