UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN L. BANKS, SR., | No. 2:14-cv-0460 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| U.C. REGENTS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 15, 2015, plaintiff filed a document requesting that the court send him five writs of ad testificandum so that he may compel the attendance of witnesses at a judicial proceeding. (ECF No. 39.) Plaintiff also requests that the court send him five subpoenas to compel defendants to produce documents at a hearing. (Id.)

Plaintiff does not identify the witnesses or hearing for which he requests the writs of ad testificandum. For this reason, his request for writs is denied.

Plaintiff does not identify the documents he intends to obtain with the requested subpoenas or the hearing where he expects the documents to be produced. In any event, plaintiff may obtain documents from defendants through discovery procedures such as a request for production of documents. Accordingly, the request for subpoenas is denied on grounds that it is not well supported.

1

 1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for writs and subpoenas
 2 (ECF No. 39) is denied.
 3 Dated: January 21, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ba460.wrt

2