UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUJUAN L. BANKS, SR., | No. 2:14-cv-0460 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| U.C. REGENTS, et al., | |
| Defendants. | |

On May 8, 2015, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. On June 4, 2015, the undersigned granted plaintiff a sixty days extension of time to file his opposition. Plaintiff did not file an opposition within sixty days.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On January 8, 2015 plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed January 8, 2015, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

1

1    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of
2 this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.  Failure
3 to file an opposition will be deemed as a statement of non-opposition and shall result in a
4 recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).
5 Dated:  August 11, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ba460.osc