1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   YUJUAN L. BANKS, JR.,                          No.  2:14-cv-0460 TLN KJN P

12                  Plaintiff,

13         v.                                        ORDER

14   U.C. REGENTS, et al.,

15                  Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On February 12, 2016, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  (ECF No. 64.)  The

23   magistrate judge recommended that defendants' summary judgment motion be granted.  (ECF

24   No. 64.)  On May 9, 2016, the undersigned adopted the findings and recommendations, observing

25   that plaintiff had not filed objections, and judgment was entered.  (ECF Nos. 67, 68.)

26         However, on April 26, 2016, pursuant to the mailbox rule, plaintiff filed timely

27   objections.[1]  (ECF No. 70.)  The Court was not aware of the objections at the time the May 9,

28   _____
     [1]  Plaintiff's objections are court stamp filed May 9, 2016.  (ECF No. 70.)

                                              1

1  2016 order was entered.  Accordingly, on May 27, 2016, the Court vacated the May 9, 2016 order

2  and judgment.  (ECF No. 71.)  In the May 27, 2016 order, the Court deemed plaintiff's objections

3  timely and granted defendants fourteen days to file a reply to plaintiff's objections.  (ECF No.

4  71.)  On June 10, 2016, defendants filed a reply to plaintiff's objections.  (ECF No. 73.)

5         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

6  court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the

7  court finds the findings and recommendations to be supported by the record and by proper

8  analysis.

9         On June 6, 2016, plaintiff filed a notice of appeal of the vacated May 9, 2016 judgment.

10  (ECF No. 72.)  Because the judgment was vacated, plaintiff's appeal will not be processed.

11  Plaintiff may refile a notice of appeal of the instant order and accompanying entry of judgment.

12

13         Accordingly, IT IS HEREBY ORDERED that:

14         1.  Plaintiff's notice of appeal (ECF No. 72) will not be processed because the judgment

15  plaintiff seeks to appeal has been vacated;

16         2.  The findings and recommendations filed February 12, 2016 are adopted in full; and

17         3.  Defendants' motion for summary judgment (ECF No. 53) is granted.

18

19  Dated: July 21, 2016

20

21

22                                 Troy L. Nunley
                                   United States District Judge
23

24

25

26

27

28

2